## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

United States of America,

                Plaintiff,

                                      Crim. No. 07-224(1) (RHK/FLN)
                                      **ORDER**

v.

David C. Von,

                Defendant.

---

For the reasons stated on the record at the hearing in this matter held on November 30, 2007, **IT IS ORDERED** that (1) Defendant's Motion to Prohibit Government's Witnesses from Commenting on Consistency and Truthfulness (Doc. No. 57) is **DENIED** as moot and (2) the Government's Motion in Limine (Doc. No. 55) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a.    The Motion is **GRANTED** as to evidence relating to Thomas Heffelfinger's relationship with the prosecutor in this case and his (or his law firm's) alleged contacts with the United States Attorney's Office concerning this matter; and

    b.    The Motion is **DENIED** as moot as to evidence concerning the recent controversies surrounding the Minnesota United States Attorney's Office.

Dated: November 30, 2007                                  s/Richard H. Kyle
                                                               RICHARD H. KYLE
                                                               United States District Judge